■ TREB & TREB MOTOR INN, INC., Appellant, v FRED PHILLIPS et al., Respondents.—Appeal by the plaintiff from a judgment of the Supreme Court, Nassau County (Burstein, J.), entered September 24, 1987.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Burstein at the Supreme Court. Sullivan, J. P., Miller, O'Brien and Ritter, JJ., concur.